IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIE MOLDED PLASTICS, INC., | ) |
| Plaintiff | ) |
| v. | ) Case No.   1:11-cv-00239- Erie |
| NOGAH, LLC, | ) |
| Defendant | ) |

## MEMORANDUM ORDER

Defendant's Counsel, John J. Richardson, and Dinsmore & Shohl LLP ("Counsel"), have filed a Motion to Withdraw as Counsel for Nogah, LLC ("Defendant") pursuant to Local Rule of Civil Procedure 83.2(c)(4) [ECF #18]. Counsel cites nonpayment of legal fees as its cause for its Motion to Withdraw and has provided Defendant with proper notice.

It has been the law for the better part of two centuries that a corporation may appear in the federal courts only through licensed counsel. Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202-03 (1993), (citing Osborn v. President of Bank of United States, 9 Wheat. 738, 829, 6 L.Ed. 204 (1824)). Therefore, Counsel may not withdraw from the case without substitute counsel entering an appearance or without Defendant taking a voluntary judgment.

AND NOW, this 26th day of March, 2012, it is hereby ORDERED, ADJUDGED and DECREED that the "Motion to Withdraw as Counsel for Defendant Nogah, LLC" is DENIED with prejudice.

_____
J. Maurice B. Cohill, Jr.
Senior District Court Judge